# Court of Appeals
# of the State of Georgia

ATLANTA,  October 30, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0569. IN THE INTEREST OF S. R. R., A CHILD (MOTHER).**

On April 23, 2019, in this dependency action, the juvenile court entered an order suspending the mother's visitation with her child. On May 24, 2019, the mother filed a notice of appeal.[1]

Pretermitting whether the mother is entitled to a direct appeal of the court's order suspending visitation, a notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Here, the mother filed her notice of appeal 31 days after

---

[1] In a separate appeal, the mother also appeals from the trial court's non-reunification order concerning the same child. See Case No. A20A0568.

after after afterentry of the trial court's order. Accordingly, her appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   10/30/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

                          *Stephen E. Castlen* *, Clerk.*